# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARIO MARCUS,**

    **Plaintiff,**

  v.                                    **Civil Action 2:19-cv-4238**
                                        **Judge Sarah D. Morrison**
                                        **Magistrate Judge Jolson**

**FRANKLIN COUNTY SHERIFF et al.,**

    **Defendants.**

## ORDER

Prior attempts to mediate this case were unsuccessful due to a pending Motion for Summary Judgment before the Court. (Doc. 32). The Court denied the Motion for Summary Judgment. (Doc. 51). The Parties are ORDERED to mediate this case again in advance of the final pretrial conference set for November 22, 2022. In order to advance settlement negotiations, Plaintiff shall submit a demand letter to Defendants by October 31, 2022, and Defendants shall submit their written response to the settlement demand by November 7, 2022. The Parties shall contact Mediator David M. Cohen via email (davidcohenmediation@gmail.com) to schedule the mediation.

    IT IS SO ORDERED.


Date: October 17, 2022                                    /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE